UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| MOTORISTS MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.  1:22-cv-00315-HAB-SLC |
| HAROLD CHEVROLET BUICK, INC. AND JEFF M. COUNTERMAN, | ) ) ) ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Motorists Mutual Insurance Company, and Defendants Harold Chevrolet Buick, Inc. ("Harold Chevrolet") and Jeff M. Counterman, by counsel, stipulate and agree that this matter, in its entirety, should be dismissed, with prejudice, each party to bear its own costs. Such dismissal occurs because this matter is now moot as Harold Chevrolet has been dismissed with prejudice from the Underlying Action pending in Steuben County Superior Court, Indiana, under Cause No. 76D01-2008-CT-000319, which is the subject of this declaratory judgment action.

| KIGHTLINGER & GRAY, LLP | BARRETT McNAGNY, LLP |
|---|---|
| */s/Ginny L. Peterson* | */s/ Michael H. Michmerhuizen* |
| Ginny L. Peterson, #20305-41 | Michael H. Michmerhuizen, #22086-02 |
| 211 N. Pennsylvania Street, Suite 300 | 215 East Berry Street |
| Indianapolis, IN  46204 | Fort Wayne, IN 46802 |
| Tel: 317-638-4521 | Tel: (260) 423-8820 |
| Email: gpeterson@k-glaw.com | Fax: (260) 423-8920 |
| *Attorney for Plaintiff, Motorists Mutual Insurance Company* | Email: mhm@barrettlaw.com |
| | *Attorney for Defendant, Harold Chevrolet Buick, Inc.* |

THEISEN HUBLEY LAW

*/s/Nathaniel O. Hubley*
Nathaniel O. Hubley, #28609-64
John C. Theisen
810 S. Calhoun Street, Suite 200
Fort Wayne, IN 46802
Email: nhubley@theisen-associates.com
          jtheisen@theisen-associates.com
*Attorney for Defendant Jeff Counterman*